UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>ADRIAN ANTHONY ESCAMILLA (1);<br>DIANELLY LOPEZ-RAMIREZ (2),<br><br>                               Defendants. | Case No.: 22-cr-2500-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On November 28, 2022 and November 29, 2022, the parties filed Joint Motions to Continue the Motion Hearing/Trial Setting currently set for December 2, 2022 to February 24, 2023.  For good cause appearing, the Court GRANTS the joint motions to continue [Dkt. 28, 29] and sets the Motion Hearing/Trial Setting on February 24, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

Further, on November 18, 2022, Defendant Dianelly Lopez-Ramirez filed a pretrial motion that remains pending. Accordingly, the Court finds that time from November 18, 2022 to February 24, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 11/30/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE